



# Mikenzi Walker
## (Metro)
4.3K followers • 667 following

Message  Follow  Add friend

Posts   About   Friends   Photos   Videos   Music   More ▾

**Intro**

**Posts**  Filters

GOVERNMENT EXHIBIT 2



**Mikenzi Walker** is with **OG Billy Busthead** and **2 others**.
Yesterday at 8:19 AM

FED BABY'S DROPPING
??/??/??
& U ALREADY KNOW ITS PRODUCED BY **OG Billy Busthead**

TO THE ONE'S WHO STAYED DOWN JUST KNOW WE GON' SHINE EVEN WHEN SHIT GET BAD ✂️ 🖕 IT'S A MARATHON NOT A RACE, BUT ONE THING FOR SURE 2 THINGS FOR CERTAIN, WE NEVER FOLDED WHEN THAT PRESSURE HIT ♨️ STOOD 10 TOES THROUGH EVERYTHING & KEPT IT SOLID 💯 WE CAN WAKE UP EVERY DAY AND LOOK IN THE MIRROR AND KNOW WE STAND FOR SOMETHING 👍 NO MATTER WHAT HOWEVER THIS SHIT GO ‼️ IT'S ALWAYS US NEVER THEM 💪 THEY CAN'T STOP WHATS ALREADY WRITTEN 📝 ‼️ MINOR SETBACK FOR A MAJOR FUCKIN COMEBACK ‼️ ‼️ IT'S FOREVER TWINS HAVINN MOTION ♻️ Mikayluh Walker Twins HavinnMotion

& TO MY SON WE LOVE YOU AIDEN RICHEY BOY U A FUCKIN STAR ⭐ NO MATTER WHAT THEY SAY KNOW YOUR MAMA AND AUNTIE LOVE YOU ♾️

S/O TO OUR MF LAWYERS ADAM TOUMA & FRANK EPPES 🫡





**Mikenzi Walker** is with **Mikayluh Walker**.
April 26 at 10:08 AM

⚠️🔔 ME & Mikayluh Walker HAS COURT TO BE SENTENCED NEXT WEEK FOR ANYONE WHO WANTS TO COME SUPPORT 🔔⚠️ IF U PLAN TO ATTEND AND U CAN'T MAKE BOTH DATES PLZ MAKE SURE YOU GO TO MY SISTERS COURT DATE 💯🖤

⚠️ MAKE SURE U HAVE AN ID ⚠️

🔔 MIKENZI: MONDAY APRIL 28th @10 A.M - SPARTANBURG

Donald S. Russell Courthouse
201 Magnolia Street
Spartanburg, South Carolina 29306

🔔 MIKAYLUH : TUESDAY APRIL 29th @1:30 P.M - GREENVILLE

Carroll A. Campbell, Jr. U.S. Courthouse
250 East North Street
Greenville, South Carolina 29601

WE LOVE WHO LOVES US 🖤
#FREEDAMEMBERZ 🅼 🦅 🔒

 **Mikenzi Walker**
April 12 at 3:12 PM

we the last of the dying breed 🦅Ⓜ️ free the fuckin members bitch and fuck who don't like it

>  **Mikayluh Walker**
> April 12 at 2:19 PM
>
> 1 YEAR DOWN‼️ #FREEME 🔒🦅Ⓜ️

 51      1    1